Submitted by:

/s/ Ulysses T. Ware

_____

Ulysses T. Ware, (the "**Petitioner**")

123 Linden Blvd., Suite 9-L

Brooklyn, NY 11226

(718) 844-1260

Utware007@gmail.com

March 26, 2022

**FILED**
in Clerk's Office US District Court, EDNY March 26, 2022 at 4:26 PM Submitted via Box.com

## In the United States District Court
## For the Eastern District of New York

**Ulysses T. Ware**,

    Petitioner,

v.

**The United States of America** (habeas corpus respondent) by and through **Merrick B. Garland**, Lisa O. Monaco, Vanita Gupta, Damian Williams, Margaret M. Garnett, Daniel Gitner, and Audrey Strauss, jointly, (the "**DOJ Respondents**" or "**Government Lawyers**"), in their individual and personal capacities; **Edgardo Ramos**, individually and personally; and **Laura Taylor-Swain**, individually and personally, jointly (the "**Federal Judges**"), jointly with the DOJ Respondents,

    Respondents.

# Exhibit 46: SEC Release 33-7190 n. 17 (1995)

_____

**United States Attorney (EDNY) Breon Peace was served at breon.peace@usdoj.gov and AUSA Nina C. Gupta was served on March 26, 2022, at nina.gupta@usdoj.gov.**

Page **1** of **1**

**Saturday, March 26, 2022**

**Re: SEC Release 33-7190 n. 17 (1995)**